```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    LEO R. MONTENEGRO
 4  Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
 5  San Francisco, CA 94105
    Telephone: (415) 977-8943
 6  Fax: (415) 744-0134

 7  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANGELA RACETTE,                         | ) Case No. 1:08-cv-01645-GSA |
|-----------------------------------------|------------------------------|
|           Plaintiff,                    | )                            |
|     vs.                                 | )                            |
|                                         | ) STIPULATION AND ORDER      |
| MICHAEL J. ASTRUE,                      | )                            |
| Commissioner of Social Security,        | )                            |
|           Defendant.                    | )                            |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment [Docket No. 14]. The Assistant Regional Counsel originally assigned to this case is out of the office unexpectedly, on extended medical leave. This case has been assigned to a new Assistant Regional Counsel, requiring additional review. The current due date is July 19, 2009. The new due date will be August 18, 2009.

Stip & Proposed Order Re Ext of D's Time, 1:08-cv-01645-GSA          Page 1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE:   7/14/09                    /s/ Tom Weathered (as authorized by e-mail July 14, 2009)
TOM WEATHERED
Attorney at Law

Attorney for Plaintiff

DATE:   7/15/09                    LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

By:   /s/ Leo R. Montenegro
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **July 16, 2009**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE